| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:CR-05-241 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 07 CRIM 926 |

**NAME AND ADDRESS OF SUPERVISED RELEASEE**

CHEVRIER, Didier

| DISTRICT | DIVISION |
|---|---|
| Middle/PA | Harrisburg |

**NAME OF SENTENCING JUDGE**
The Honorable Yvette Kane

| DATES OF SUPERVISED RELEASE | FROM 9/1/06 | TO 8/31/09 |
|---|---|---|

**OFFENSE**

Conspiracy to Commit Identity, Mail and Wire Fraud, 18 USC § 371

*(Stamp: JUDGE SCHEINDLIN)*
*(Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: OCT 0 3 2007)*

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| _[signature] 24 Sep 07_ | _[signature] Yvette Kane_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF __NEW YORK__

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| OCT 0 3 2007 | _[signature]_ |
|---|---|
| Effective Date | United States District Judge |



RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York