07CRIM 926

REQUEST FOR COURT ACTION / DIRECTION

TO:       James Molinelli                    OFFENSE: Conspiracy to Commit Identity, Mail,
          Miscellaneous Clerk                and Wire Fraud {18 USC 371}


                                             ORIGINAL SENTENCE: Eight (8) Months
                                             Incarceration; Two (2) Years Supervised Release

FROM:     Michael R. Cox                     SPEC. CONDITIONS: No new credit.  Financial
          Sr. U.S. Probation Officer         Disclosure. Drug testing. DNA Testing. Restitution
                                             in the amount of $2993.00

                                             AUSA:  Martin C. Carlson (MD/PA)

RE:       Didier Chevrier
          Docket # 05-CR-241


DATE OF SENTENCE:   December 19, 2005


DATE:    October 1, 2007


ATTACHMENTS:    PSI X     JUDGMENT X     PREVIOUS REPORTS
                VIOLATION  PETITION


REQUEST FOR:      WARRANT____    SUMMON ____    COURT DIRECTION _X_
                       **TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned offender who, on December 19, 2005,  was sentenced
by the Honorable Yvette Kane,  United States District Judge, Middle District of Pennsylvania, to
eight (8) months imprisonment and two (2) years supervised release.  A $100 special assessment
fee (paid) and restitution in the amount of $2993.00 was also imposed. Chevrier was convicted of
Conspiracy to Commit Identity, Mail, and Wire Fraud in violation 18 U.S.C. 371.

On January 20, 2006, Chevrier was accepted by this district for transfer of supervision due to his
residency in the Southern District of New York.

The purpose of this correspondence is to request that jurisdiction be transferred to the Southern
District of New York.  This request is based on the offender's non-compliance and the fact that
due to limited community ties, it appears that Chevrier is unlikely to return to the sentencing
district to reside.

On March 12, 2007, we notified the sentencing district of the offender's current supervision
status.  On April 2, 2007, the Honorable Yvette Kane, agreed to a transfer of jurisdiction and
executed the probation form 22.

CHEVRIER, Didier

-2-

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred.

Enclosed is a Transfer of Jurisdiction Order for Your Honor's review.

Respectfully submitted,

CHRIS J. STANTON
Chief U.S. Probation Officer

By: _____

MICHAEL R. COX
Sr. U.S. Probation Officer
805-0040 ext.5112

Approved By: _____    10/1/07

SUSPO            Date:

_____

_____

JUDICIAL RESPONSE:

[ ]    APPROVED

[ ]    DENIED

[ ]    OTHER

_____
    Signature of Judicial Officer

_____