UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
                                       :

UNITED STATES OF AMERICA

                                       :          **ORDER**

           - against -

                                       :          07 CR 926 (SAS)

DIDIER CHEVRIER,

                                       :

                  Defendant.
------------------------------------------------ X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        In the interest of justice, it is hereby ORDERED that David Touger, Esq. be re-appointed under the Criminal Justice Act to continue his representation of defendant Didier Chevrier.

                                                                   SO ORDERED:

                                                                   Shira A. Scheindlin
                                                                   U.S.D.J.

Dated:      New York, New York
                April 1, 2008