UNITED STATES DISTRICT COURT
**Southern** DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA,

       -against-

    NOTICE OF APPEAL

    No. **07 CR 926**

DIDIER CHEVRIER

          Defendant.
------------------------------X

    PLEASE TAKE NOTICE that the above named defendant, **DIDIER CHEVRIER**, hereby appeals to the United States Court of Appeals for the Second Circuit, from a judgment which was entered by the United States District Court for the **SOUTHERN** District of New York, entered on the **1** day of **MAY**, 2008

Dated: Brooklyn, New York
      **MAY 27**, 2008

                                Yours, etc.,

To:    Clerk of the Court
       **U.S. DISTRICT COURT**
       **SOUTHERN DISTRICT**
       **500 PEARL STREET**
       **NEW YORK, N.Y. 10007**

                               */s/ Didier Chevrier*
                              Defendant

                              Metropolitan Detention Center
                              100 29th Street
                              Post Office Box 329002
                              Brooklyn, New York 11232

*PRO SE OFFICE*
*U.S. DISTRICT COURT FILED MAY 28 2008 S.D. OF N.Y.*

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT

(DIDIER CHEVRIER)
(petitioner/plaintiff)
UNITED STATES OF AMERICA,
APPELLEE

07 CR. 926 (    )

-v-

DIDIER CHEVRIER,
APPELLANT.
(respondent(s)/defendant(s))

I, DIDIER CHEVRIER, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

UNEMPLOYED / UNASSIGNED

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

FRADA WHOLESALE, 4/30/08, 7280.00 per month, TWO YEARS.

3. Have you ever received, within the past twelve months, any money form any of the following sources?

a. Business, profession, or form of self-employment?    YES___  NO ✓
b. Rent payments, interest, or dividends?               YES___  NO ✓
c. Pensions, annuities, or life insurance payments?     YES___  NO ✓
d. Gifts or inheritances?                               YES___  NO ✓
e. Any form of public assistance?                       YES___  NO ✓
f. Any other sources?                                   YES___  NO ✓

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

_____

4. Do you own any cash or do you have money in a checking or savings account?

   YES ___  NO ✓ (Including any funds in prison accounts)
   If the answer is yes, state the total value owned.

_____

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
   YES ___  NO ✓
   If the answer is yes, describe the property and state its approximate value.

_____

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   MALIK CHEVIER, 5YRS OLD.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   NOT APPLICABLE

8. State any special financial circumstances which the court should consider in this application.

   I AM PENURIOUS SEEKING ASSISTANCE IN PROSECUTING A MERITORIOUS APPEAL

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this __27__ day of __MAY__, ~~19~~ 2008.

_____
(signature)

LET THE APPLICANT PROCEED ON APPEAL WITHOUT PREPAYMENT OF COST OR FEES OR THE NECESSITY OF GIVING SECURITY THEREOF.

DATED: _____                                  _____
                                                         United States District Judge



DIDIER CHEVRIER
METROPOLITAN DETENTION CENTER
BROOKLYN, NY 11232
PO BOX 329001
REG# 13124055

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL Street
NEW YORK, NY 10007

LEGAL MAIL

USM-P3 SDNY

RECEIVED
SDNY PRO SE OFFICE
2009 MAY 28